**STATE of Missouri,**
**Plaintiff/Respondent,**

v.

**Florence BELL, Defendant/Appellant.**

**No. ED 80876.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 2, 2003.

Robert W. Lundt, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris, III, Adriane D. Crouse, Nicole E. Gorovsky, Asst. Attorneys Gen., Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, SR., P.J., and ROBERT G. DOWD, JR., and MARY R. RUSSELL, JJ.

**ORDER**

PER CURIAM.

Florence Bell (Defendant) appeals from the judgment upon her conviction by a jury of forgery, Section 570.090, RSMo 2000. The trial court sentenced Defendant to three years' imprisonment.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons